# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

REYNALDO TREVINO,

    Plaintiff,

v.

UNITED STATE(S) and
WESTERN DISTRICT OF WISCONSIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-131-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice as both legally and factually frivolous.

_____  _____
Peter Oppeneer, Clerk of Court        10/4/12   Date